IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JOSH CARMONA A/K/A CRISCO KID, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-3110 |
| | § | |
| CUMULUS MEDIA, INC. A/K/A, | § | |
| CUMULUS RADIO CORP., INC. AND | § | |
| DUSTIN "KROSS" KRAMMERER, | § | |
| | § | |
| Defendants. | § | |

**APPENDIX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS
AND BRIEF IN SUPPORT**

Defendants file this Appendix of Exhibits to its Motion to Dismiss and Brief in Support.

The Appendix contains the following items:

| EXHIBIT | DOCUMENT DESCRIPTION | APPENDIX NO. |
| --- | --- | --- |
| A | EEOC Charge of Discrimination | APP. 1 |

Respectfully submitted,

*/s/ Gavin S. Martinson*
Gavin Martinson
State Bar No. 24060231
Gavin.Martinson@ogletreedeakins.com
Jeff T. Leslie
State Bar No. 24091294
Jeff.Leslie@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, TX 75225-4324
Telephone: 214-987-3800
Facsimile:  214-987-3927

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      This is to certify that on November 17, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to all counsel of record and via certified mail, return receipt requested to all counsel of record.

                                              */s/ Gavin S. Martinson*
                                              Gavin S. Martinson

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 450-2016-01964 |

Texas Workforce Commission Civil Rights Division                                                                                    and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Joshua B. Carmona | (832) 646-9806 | 04-08-1979 |

Street Address: 2323 North Field Street, Apt 1112, Dallas, TX 75201

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CUMULUS MEDIA | 201 - 500 | (214) 526-2400 |

Street Address: 3090 Olive Street, Suite 400, Dallas, TX 75219

RECEIVED APR 18 2016 EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-04-2016     Latest: 01-04-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I. PERSONAL HARM:**
On January 4, 2016, I was denied a promotion to the position of Program Director. I applied for the position on November 12, 2015. I was interviewed on November 19, 2015 and around or about December 10, 2015.

**II. RESPONDENT'S REASON FOR ADVERSE ACTION:**
I was informed by Dan Bennett, Regional Vice President Dallas/Houston, my non-selection was because he did not think I was ready yet; and I would have to learn Stratus and other Cumulus Systems.

**III. STATEMENT OF DISCRIMINATION:**
I believe I was discriminated against because of my national origin, Hispanic, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Apr 18, 2016    Charging Party Signature: [signed]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: [signed]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
April 18th, 2016 [signed]

APP 1